**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01467-CV

## CERGON, INC. D/B/A PRIMO'S BAR & GRILL AND EDWARD CERVANTES, Appellants

## V.

## CHEUNG-LOON, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-9267-G**

## ORDER

We **GRANT** appellants' counsel's July 7, 2014 motion to withdraw. We **DIRECT** the Clerk to remove Sloan Matney LLP, John D. Sloan, Jr., and Douglas W. Lukasik as counsel of record for appellants.

Because a corporation may only appear in this Court through an attorney, we **ORDER** appellant Cergon, Inc. d/b/a Primo's Bar & Grill to notify the Court, within **THIRTY DAYS** of the date of this order, of the name, State Bar number, address, and telephone number of new counsel. Failure to do so will result in dismissal of Cergon's appeal.

On our own motion, we **GRANT** appellants an extension of time to file their briefs, which are currently due July 23, 2014, and **ORDER** the briefs be filed no later than September 19, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE